Document saved to the KJ Drive in PDF format on *2/20/07*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,
P. CHRISTOPHER SWANSON,
DEBORAH MESTAS,
GERALDINE SCHMIDT,
JOANNE ROE,
TRISHA DISHMAN,
KATHLEEN FIROR, and
individually and on behalf of all persons similarly situated,

Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity,
POLICE OFFICER PEREZ, in his individual and official capacity,

Defendants.

---

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO FILE
FIRST AMENDED COMPLAINT AND JURY DEMAND**

( Docket No. 21 )

This matter comes before the Court on Plaintiffs' Unopposed Motion to File First

Amended Complaint and Jury Demand.

**IT IS ORDERED** that Plaintiffs' Motion, filed February 15, 2007, is **GRANTED.** *(*)*

Entered this 20th day of February, 2007.

BY THE COURT

*Michael J. Watanabe*

~~Honorable Robert E. Blackburn~~
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

*mjw*
*2-20-07*   (*)  The First Amended Complaint
And Jury Remand is Accepted
For Filing Today.