IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,
P. CHRISTOPHER SWANSON,
DEBORAH MESTAS,
GERALDINE SCHMIDT,
JOANNE ROE,
TRISHA DISHMAN,
KATHLEEN FIROR, and
Individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE  (Docket No. 35)

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion to Vacate Settlement Conference and the file, having considered said Stipulated Motion to Vacate Settlement Conference, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion to Vacate Settlement Conference is granted. The Settlement Conference currently scheduled for May 30, 2007 at 10:00 a.m. is hereby vacated. (✻)

**DATED** this _____29th_____ day of May, 2007.

BY THE COURT:

_____
Magistrate Judge Michael J. Watanabe

(✻) The parties may request that the settlement conference be reset by motion.

2