IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,

Plaintiff(s),

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Compel (docket no. 32) is GRANTED.  The court allowed Plaintiff up to and including May 29, 2007, to file a response to the subject motion.  See minute order (docket no. 34).  Plaintiffs have failed to file any timely response to the subject motion and therefore the court deems the motion confessed.

It is FURTHER ORDERED:

1. That Plaintiffs shall provide to Defendants responses to all interrogatories and request for production of documents that have been propounded upon Plaintiffs by Defendants on or before June 22, 2007;

2. That all of the requests for admissions that have been served upon Plaintiffs Mestas, Schmidt, Dishman and Firor are admitted;

3. That Defendants' are awarded reasonable expenses which shall include reasonable and necessary attorney fees and costs for having to bring this

        motion pursuant to Fed. R. Civ. P. 37(b)(2); and,

4. That the parties are to forthwith meet and confer to see if they can agree upon the amount of reasonable expenses. If the parties can agree, then the parties shall file their written stipulation of reasonable expenses with the court on or before June 22, 2007. If the parties cannot agree, then the Defendants shall file their itemized affidavit of expenses on or before June 25, 2007. Plaintiffs will have an additional fifteen (15) days until July 10, 2007, to respond to Defendants' itemized affidavit of expenses. If a response is filed, then Defendant shall have an additional ten (10) days until July 20, 2007, to file a reply to the response.

Date:  June 8, 2007