**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,
P. CHRISTOPHER SWANSON,
DEBORAH MESTAS,
GERALDINE SCHMIDT,
JOANNE ROE,
TRISHA DISHMAN, and
KATHLEEN FIROR, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

    Defendants.

## ORDER OF DISMISSAL
## AS TO PLAINTIFFS DEBORAH MESTAS,
## TRISHA DISHMAN, AND KATHLEEN FIROR

**Blackburn, J.**

The matter comes before the court on the **Unopposed Motion To Dismiss Certain Plaintiffs** [#39], filed June 22, 2007, and the **Amended Unopposed Motion To Dismiss Certain Plaintiffs** [#40], filed June 22, 2007. After careful review of the motion and the file, the court has concluded that the motion should be denied as moot, that the amended motion should be granted and that plaintiffs Deborah Mestas, Trisha Dishman, and Kathleen Firor should be dismissed from this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Unopposed Motion To Dismiss Certain Plaintiffs** [#40],

filed June 22, 2007, is **GRANTED**;

2.  That plaintiffs, Deborah Mestas, Geraldine Schmidt, Trisha Dishman, and Kathleen Firor, **ARE DISMISSED**;

3.  That plaintiffs, Deborah Mestas, Geraldine Schmidt, Trisha Dishman, and Kathleen Firor, are **DROPPED** as named parties to this action, and the case caption is amended accordingly; and

4. That the **Unopposed Motion to Dismiss Certain Plaintiffs** [#39], filed June 22, 2007, is **DENIED** as moot.

Dated June 22, 2007, at Denver, Colorado.

            **BY THE COURT:**

            **s/ Robert E. Blackburn**
            **Robert E. Blackburn**
            **United States District Judge**