# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,
P. CHRISTOPHER SWANSON,
DEBORAH MESTAS
GERALDINE SCHMIDT,
JOANNE ROE,
TRISHA DISMAN, and
KATHLEEN FIROR,  individually and on behalf of all persons similarly situated,

      Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

      Defendants.

---

## AMENDED
## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter comes before the court *sua sponte* to correct the court's **Order of Dismissal as To Plaintiffs Deborah Mestas, Trisha Disman, and Kathleen Firor** [#42], entered June 22, 2007.  Defendant Geraldine Schmidt is not a part of this dismissal, and should not have been included in the court's June 22, 2007, dismissal order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Unopposed Motion to Dismiss Certain Defendants** [#40], filed June 22, 2007, is **GRANTED**;

2.  That plaintiffs Deborah Mestas, Trisha Dishman, and Kathleen Firor **ARE**

**DISMISSED**; and

3.  That plaintiffs Deborah Mestas, Trisha Dishman, and Kathleen Firor are

**DROPPED** as named parties to this action, and the case caption is amended

accordingly.

Dated June 25, 2007, at Denver, Colorado.

**BY THE COURT:**


**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**