IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,

Plaintiff(s),

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Entry of Stipulation and Protective Order (docket no. 44) is GRANTED. The written Stipulation and Protective Order is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: June 27, 2007