**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,
P. CHRISTOPHER SWANSON,
GERALDINE SCHMIDT, and
JOANNE ROE, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Defendants' Unopposed Motion for Leave to File Sur-Reply to Motion to Dismiss in Response to Plaintiffs' Supplemental Authority** [#48], filed June 29, 2007.  The motion is **GRANTED**, and the **Defendants' Sur-Reply in Support of Motion to Dismiss** [#49], is accepted for filing.

Dated:  June 29, 2007
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.