IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,

Plaintiff(s),

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiffs' Motion to Reconsider Order for Fees and Costs, (Docket Number 53), filed with the Court on July 19, 2007, requesting reconsideration of the Minute Order, Docket Number 37, entered by the Court on June 8, 2007, is DENIED. Relief under Fed. R. Civ. P. 60(b)(1) - (6), inclusive, is an extraordinary remedy and may only be granted in exceptional circumstances. See Alvarez v. Abeyta, 2006 U.S. Dist. LEXIS 67903 (D. Colo. 2006)(citing Allender v. Raytheon Aircraft Co., 439 F.3d 1236, 1246 (10th Cir. 2006). Here, Plaintiffs have failed to show inadvertence or excusable neglect and therefore the motion should be denied.

Date: August 1, 2007