IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02272-REB-MJW

SHILOH FRAZIER,
P. CHRISTOPHER SWANSON,
GERALDINE SCHMIDT, and
JOANNE ROE, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

    Defendants.

---

## ORDER OF DISMISSAL
## AS TO PLAINTIFF SHILOH FRAZIER ONLY

**Blackburn, J.**

The matter comes before me on the **Stipulation for Dismissal With Prejudice of Claims Asserted by Plaintiff Shiloh Frazier** [#74], filed January 9, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that claims asserted by plaintiff Shiloh Frazier should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice of Claims Asserted by Plaintiff Shiloh Frazier** [#74], filed January 9, 2008, is **APPROVED**;

    2. That the claims asserted by plaintiff Shiloh Frazier are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That plaintiff Shiloh Frazier is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 10, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**