IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02272-REB-MJW

P. CHRISTOPHER SWANSON,
GERALDINE SCHMIDT, and
JOANNE ROE, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

    Defendants.

## ORDER STAYING FURTHER PROCEEDINGS

**Blackburn, J.**

This matter is before me on the **Defendants' Unopposed Motion To Stay Proceedings** [#84], filed March 31, 2008. I grant the motion.

In my **Order Concerning Motion for Summary Judgment** [#77], filed March 20, 2008, I denied the individual defendants' motion for summary judgment to the extent the motion was based on the individual defendants' claim of qualified immunity. Because I denied the individual defendants the protection of qualified immunity, my order is subject to appeal even though a final judgment has not been entered in this case. **Edison v. Owens**, 515 F.3d 1139, 1144 (10th Cir. 2008). The individual defendants have filed a notice of appeal concerning, *inter alia*, my denial of their claim

of qualified immunity.

The individual defendants' notice of appeal divests me of jurisdiction over those aspect of this case involved in the notice of appeal.  **Stewart v. Donges**, 915 F.2d 572, 574 (10th cir. 1990).  Although there are other claims and other defendants involved in this case, the individual defendants' claim of qualified immunity lies at the heart of this litigation.  A substantial portion of the claims in this case are implicated in the individual defendants' appeal, and It would not be efficient to continue proceedings in this court on those aspects of this case that are not involved in the appeal, while staying proceedings on the other aspects of this case.  Rather, it would be most efficient to resolve all claims against all defendants after the current appeal has been resolved.

**THEREFORE, IT IS ORDERED** as follows:

1. That all proceedings in this action are **STAYED**, pending further order of this court; and

2. That the parties **SHALL FILE** a written status report with this court within ten days after the Tenth Circuit Court of Appeals issues rulings in the individual defendants' appeal.

Dated April 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**