**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-02272-REB-MJW

P. CHRISTOPHER SWANSON, and
GERALDINE SCHMIDT, individually and on behalf of all persons similarly situated,

      Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

      Defendants.

_____

## ORDER FOR STATUS REPORT
_____

**Blackburn, J.**

    The matter comes before the court *sua sponte* for further case management to determine specifically what claims and parties, if any, remain after the ruling by the Tenth Circuit Court of Appeals in *Swanson v. Town of Mountain View, Colo.*, 577 F.3d 1196 (10th Cir. 2009), the mandate for which issued September 10, 2009.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That by October 19, 2009, the plaintiffs **SHALL FILE** a status report identifying the claims for relief, if any, and the defendants, if any, that remain after the ruling by the Tenth Circuit Court of Appeals in *Swanson v. Town of Mountain View, Colo.*, 577 F.3d 1196 (10th Cir. 2009); and

    2. That the defendants **SHALL FILE** their response(s) in the time and manner prescribed by **D.C.COLO.LCivR 7.1C**.

Dated:  October 8, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge