**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02272-REB-MJW

P. CHRISTOPHER SWANSON, and
GERALDINE SCHMIDT, individually and on behalf of all persons similarly situated,

     Plaintiffs,

v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
POLICE OFFICER HERNANDEZ, in his individual and official capacity, and
POLICE OFFICER PEREZ, in his individual and official capacity,

     Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the **Stipulation Regarding Dismissal of Litigation and Costs** [#109] filed October 26, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation Regarding Dismissal of Litigation and Costs** [#109] filed October 26, 2009, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE**.

     Dated October 27, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge